UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
NOV 12 2015

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     vs.<br><br>LAURA BERENICE PICHARDO-PADILLA (2),<br><br>                Defendant. | CASE NO. 15CR2634-BTM<br><br>**JUDGMENT OF DISMISSAL** |

       IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

21:841(A)(1); 18:2 - Possession of Methamphetamine with Intent to Distribute; Aiding and Abetting

       IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 11/12/15

                                              David H. Bartick
                                              U.S. Magistrate Judge